UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JESSICA LYNNE LAHR, | Civil No. 11-3194 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

_____

Jessica Lynne Lahr, 1015 Fifth Avenue North, Apt. 8, Moorhead, MN 56560, pro se plaintiff.

David Fuller, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 11) is **GRANTED**; and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 11, 2012
at Minneapolis, Minnesota                              s/John R. Tunheim_____
                                                                      JOHN R. TUNHEIM
                                                                 United States District Judge